DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 559-439-9700
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus A Vasquez,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-00680-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 17) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from September 7, 2021 to September 10, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time. Good cause exists.  Plaintiff respectfully states that the requested extension is necessary due to Counsel's observance of the holiday Rosh Hashanah.  Counsel apologizes for the disfavored request for an extension on the same day the brief is due. However, unforeseen family obligations arose over the weekend due to the holiday.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

           Respectfully submitted,

Dated: September 7, 2021  PENA & BROMBERG, ATTORNEYS AT LAW

          By: : */s/ Dolly M. Trompeter*
           DOLLY M. TROMPETER
           Attorneys for Plaintiff

Dated: September 7, 2021  PHILLIP A. TALBERT
           Acting United States Attorney
           DEBORAH LEE STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration

          By:  **/s/ Ellinor R. Coder*
           Ellinor R. Coder
           Special Assistant United States Attorney
           Attorneys for Defendant
           (*As authorized by email on September 7, 2021)

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 17), IT IS HEREBY ORDERED that Plaintiff shall have until September 10, 2021, to file his Opening Brief.  All other dates in the Scheduling Order (Doc. 12) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 8, 2021**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE